FRED BOSER, Respondent, v. POSTAL-TELEGRAPH CABLE COMPANY, Appellant. — Judgment affirmed, with costs. All concur.

HENRY PITTACK, Respondent, v. ERIE RAILROAD COMPANY and Others, Appellants.— Judgment and order affirmed, with costs, on the grounds that the original arrest was illegal; that it does not appear that plaintiff when arraigned was informed of the information filed in the City Court, charging him with petit larceny; and that said information conferred no jurisdiction on the City Court. All concur.

SYRACUSE MORTGAGE CORPORATION, Respondent, v. SETH CRAPO, Appellant.— Judgment affirmed, with costs. All concur.

FRANK P. MURTHA, Respondent, v. VILLAGE OF WEST CARTHAGE, Appellant.— Judgment and order affirmed, with costs, on the authority of *Keane* v. *Village of Waterford* (130 N. Y. 188). All concur; Hubbs, P. J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL MANUELE, Appellant.— Judgment of conviction affirmed. All concur; Hubbs, P. J., not sitting.

ANNIE A. PIERSONS, as Executrix, etc., of CHARLES H. PIERSONS, Deceased, Appellant, v. SAM SEEKINGS, Respondent.— Judgment and order affirmed, with costs. All concur; Hubbs, P. J., not sitting.

CLAIR FOSTER and Another, Respondents, v. LUTHER S. VEEDER, Appellant.— Judgment affirmed, with costs. All concur; Hubbs, P. J., not sitting.

WALTER L. NEVINGER, Respondent, v. HUGH N. GILLETT, Appellant.— Judgment and order affirmed, with costs. All concur; Hubbs, P. J., not sitting.

WILLARD E. HOOKWAY, Respondent, v. DENNIS E. LILLIS, Appellant, Impleaded with Others.— Judgment affirmed, with costs. All concur; Hubbs, P. J., not sitting.

WALTER P. DIETZER, Respondent, v. CHARLES H. WILDENBURGH, Appellant.— Order affirmed, with costs. All concur; Hubbs, P. J., not sitting.

GROVE V. PURCHASE, Respondent, v. FRANK G. CHAMBERS, Appellant.— Judgment and order affirmed, with costs. All concur; Hubbs, P. J., not sitting.

HARRY SHAPIRO, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Sears, J., who dissents and votes for reversal; Hubbs, P. J., not sitting.

THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. EVELYN H. BAILEY, Doing Business under the Name and Style of DUNDEE ELECTRIC LIGHTING PLANT, Appellant.— Judgment reversed on the law and complaint dismissed, on the authority of *New York Central R. R. Co.* v. *Middleport Gas & Electric Light Co.* (193 App. Div. 273; affd., 232 N. Y. 622); petition for writ of certiorari denied upon the merits (260 U. S. 739). Costs and disbursements, upon stipulation of the parties, allowed to appellant in the sum of $122.19. All concur; Hubbs, P. J., not sitting.

HERMAN DIESEL, Appellant, v. GEORGE J. OTTO, Individually and as Executor, etc., and Others, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

LILLIAN LEPAGE, Appellant, v. ELZEAR LEPAGE, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Motion to amend order of reversal denied.